UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL VALDEZ,

        Plaintiff,

    v.

SANTA CRUZ COUNTY JAIL, et al.,

        Defendants.

Case No. 21-cv-02594-JST

**ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT; REOPENING CASE**

On May 24, 2021, the Court dismissed this action without prejudice for failure to either pay the filing fee or submit an *in forma pauperis* application, and later entered judgment in favor of Defendants. ECF Nos. 12, 17. A month later, on June 24, 2021, Plaintiff filed an application to proceed *in forma pauperis*. ECF No. 20. The Court construes this application as both an application to proceed *in forma pauperis* and a request to reopen the case. The Court GRANTS the request to reopen the case. The Clerk is directed to VACATE the May 24, 2021 Order of Dismissal and related judgment, and REOPEN this action. The Court will screen the complaint and address the application to proceed *in forma pauperis* in a separate order.

**IT IS SO ORDERED.**

Dated: April 4, 2022



JON S. TIGAR
United States District Judge