UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL VALDEZ,

          Plaintiff,

   v.

SANTA CRUZ COUNTY JAIL, et al.,

          Defendants.

Case No. 21-cv-02594-JST

**ORDER OF DISMISSAL**

Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. ECF No. 1. On April 4, 2022, the Court reviewed the complaint and dismissed it with leave to amend because it was vague and disjointed, and failed to state a cognizable claim for relief. ECF No. 27. The Court informed Plaintiff that the failure to file an amended complaint by May 2, 2021, would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court. Accordingly, for the foregoing reasons and for the reasons stated in the Court's April 4, 2022 order of dismissal with leave to amend, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that states a cognizable claim for relief and explaining why Plaintiff failed to timely file an amended complaint. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the file.

    **IT IS SO ORDERED.**

Dated: May 26, 2022

                                      JON S. TIGAR
                            United States District Judge